## 11687. McBRIDE v. THE STATE.

BROYLES, C. J. The special grounds of the motion for a new trial are merely amplifications of the general grounds; and the evidence, while circumstantial, was sufficient to exclude every *reasonable* hypothesis save that of the defendant's guilt.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 9, 1920.

Indictment for manufacture of intoxicating liquor; from Randolph superior court — Judge Worrill. May 29, 1920.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.